EXHIBIT 1

                                                                Janice Cramer <textura@gmail.com>

## Life Insurance Enrollment
8 messages

---

**Andrew Cramer** <acramer@pointloma.edu>                              Mon, Dec 20, 2021 at 5:16 PM
To: Samara Timms <stimms@pointloma.edu>
Cc: Janice Cramer <textura@gmail.com>

Hi Samara,

I don't know if this needs to be completed prior to my start date — but I wanted to make sure that I"m enrolled in a life insurance plan. Would you be able to help me understand the policies I saw listed in my Workday portal?

- Basic Life
- Supplemental Life
- Spouse Life
- Child Life

**From my understanding, I would definitely like Basic Life and as much Supplemental Life as I can purchase**. Is Basic vs. Supplemental an either/or scenario or is basic "free" as an employee and I can purchase additional Supplemental if i wish?

I do not know how Spouse or Child Life insurance works, but I don't think I'll need either of those.

Looking forward to hearing your advice and enrolling.

Best,
Andrew
--
**Andrew Cramer, MDes**
Associate Professor, Interaction Design
Point Loma Nazarene University
Department of Art + Design
724.516.5886

www.andrewcramer.com

---

**Samara Timms** <stimms@pointloma.edu>                                Mon, Dec 20, 2021 at 5:22 PM
To: Andrew Cramer <acramer@pointloma.edu>
Cc: Janice Cramer <textura@gmail.com>, Ryann Haskell <rhaskell@pointloma.edu>

Hi Andrew,

Yes, you can wait to do this and complete all of the forms in January. I have cc'd our Benefits and Wellness Specialist on this email. It might be good to set up a time in January to meet one on one and review all of our benefits in detail.

**Samara Timms, SPHR**
*Associate Vice President for Human Resources*
*Office of Human Resources*

3900 Lomaland Drive, San Diego, CA 92106
stimms@pointloma.edu | pointloma.edu
(619) 849-2240



Twitter | Facebook | YouTube | Instagram

[Quoted text hidden]

---

**Andrew Cramer** <acramer@pointloma.edu>  Mon, Dec 20, 2021 at 5:27 PM
To: Samara Timms <stimms@pointloma.edu>
Cc: Janice Cramer <textura@gmail.com>, Ryann Haskell <rhaskell@pointloma.edu>

Hi Samara,

Yes I would like to walk through all of the benefits that I'm seeing on the Workday Portal.

Ryan, please let me know when you have time in January to go over benefits. Thank you.

Best,
Andrew

[Quoted text hidden]

---

**Ryann Haskell** <rhaskell@pointloma.edu>  Mon, Dec 20, 2021 at 5:30 PM
To: Andrew Cramer <acramer@pointloma.edu>
Cc: Samara Timms <stimms@pointloma.edu>, Janice Cramer <textura@gmail.com>

Hi Andrew, do you have availability Wednesday, Jan 5th? I have this day pretty open right now. We'll probably need around 45min - 1 hour and I can create a zoom link for us.

[Quoted text hidden]
--

**Ryann Haskell**
*Benefits and Wellness Specialist*
*Offices of Human Resources*

3900 Lomaland Drive, San Diego, CA 92106
rhaskell@pointloma.edu | pointloma.edu
(619) 849-3011 | Fax (619) 849-2579

[Quoted text hidden]

---

**Andrew Cramer** <acramer@pointloma.edu>  Mon, Dec 20, 2021 at 6:13 PM
To: Ryann Haskell <rhaskell@pointloma.edu>
Cc: Samara Timms <stimms@pointloma.edu>, Janice Cramer <textura@gmail.com>

Hi Ryann,

Thank you for your quick response!

Wednesday January 5th should work on my end. What time did you have in mind?

Best,
Andrew

[Quoted text hidden]

---

**Ryann Haskell** <rhaskell@pointloma.edu>  Mon, Dec 20, 2021 at 6:15 PM
To: Andrew Cramer <acramer@pointloma.edu>
Cc: Janice Cramer <textura@gmail.com>

Im removing Samara, saving her one more email :p

How does 1pm sound?

[Quoted text hidden]

---

**Andrew Cramer** <acramer@pointloma.edu>  Mon, Dec 20, 2021 at 6:17 PM
To: Ryann Haskell <rhaskell@pointloma.edu>
Cc: Janice Cramer <textura@gmail.com>

Hah yes, good idea. Do you have time earlier in the day, like around 10AM?

[Quoted text hidden]

---

**Ryann Haskell** <rhaskell@pointloma.edu>  Mon, Dec 20, 2021 at 6:21 PM
To: Andrew Cramer <acramer@pointloma.edu>
Cc: Janice Cramer <textura@gmail.com>

I could do 10am, I will send you a calendar invite with a zoom link

[Quoted text hidden]