EXHIBIT 2



Janice Cramer <textura@gmail.com>

---

**benefits inquiry – Andrew Cramer**
3 messages

---

**Janice Cramer** <textura@gmail.com>　　　　　　　　　　　　　　　　　　　Fri, Jan 20, 2023 at 11:45 AM
To: Samara Timms <stimms@pointloma.edu>

Hello Samara,

My husband, Andrew Cramer, passed away after fighting cancer for several years.

Based on his previous employment at PLNU, I am inquiring of any benefits that I am eligible to receive. Would you or someone else be able to check on this, and if so, provide the phone numbers of respective benefits administrators?

Thank you,
Janice

---

**Janice Cramer** <textura@gmail.com>　　　　　　　　　　　　　　　　　　　Fri, Jan 20, 2023 at 11:46 AM
To: humanresources@pointloma.edu

See below—I received an auto-reply that Samara is OOO and would appreciate your help.

---------- Forwarded message ---------
From: **Janice Cramer** <textura@gmail.com>

Date: Fri, Jan 20, 2023 at 11:45 AM
Subject: benefits inquiry – Andrew Cramer
To: Samara Timms <stimms@pointloma.edu>

Hello Samara,

My husband, Andrew Cramer, passed away after fighting cancer for several years.

Based on his previous employment at PLNU, I am inquiring of any benefits that I am eligible to receive. Would you or someone else be able to check on this, and if so, provide the phone numbers of respective benefits administrators?

Thank you,
Janice

---

**Anita LaMotte** <alamotte@pointloma.edu>   Mon, Jan 23, 2023 at 12:49 PM
To: "textura@gmail.com" <textura@gmail.com>

Hi Janice,

I am so sorry to hear about Andrew's passing. I am not aware of any benefits at this time, and will let Samara respond to your inquiry when she is back in the office.
Praying for comfort for you and your family.

Anita

---------- Forwarded message ---------
From: **Lucy Celeste** <lceleste@pointloma.edu>
Date: Fri, Jan 20, 2023 at 8:54 AM

Subject: Fwd: benefits inquiry – Andrew Cramer
To: benefitsquestions <benefitsquestions@pointloma.edu>


---------- Forwarded message ---------
From: **Janice Cramer** <textura@gmail.com>
Date: Fri, Jan 20, 2023 at 8:46 AM
Subject: Fwd: benefits inquiry – Andrew Cramer
To: <humanresources@pointloma.edu>


See below—I received an auto-reply that Samara is OOO and would appreciate your help.


---------- Forwarded message ---------
From: **Janice Cramer** <textura@gmail.com>
Date: Fri, Jan 20, 2023 at 11:45 AM
Subject: benefits inquiry – Andrew Cramer
To: Samara Timms <stimms@pointloma.edu>


Hello Samara,

My husband, Andrew Cramer, passed away after fighting cancer for several years.

Based on his previous employment at PLNU, I am inquiring of any benefits that I am eligible to receive. Would you or someone else be able to check on this, and if so, provide the phone numbers of respective benefits administrators?

Thank you,
Janice

--
## *Lucy Celeste*
*Receptionist/HR Department Assistant*
*Office of Human Resources*

3900 Lomaland Drive, San Diego, CA 92106
lceleste@pointloma.edu | pointloma.edu
(619) 849-2200



--
Anita LaMotte, SPHR
Assistant Director, Human Resources
Point Loma Nazarene University
619.849.2663

3900 Lomaland Drive, San Diego, CA 92106
Anitalamotte@pointloma.edu | pointloma.edu
(619) 849-2200 |

 

Twitter | Facebook | YouTube | Instagram