EXHIBIT 3

   Janice Cramer <textura@gmail.com>

## Andy's life insurance policy
8 messages

---

**Janice Cramer** <textura@gmail.com>  Tue, Nov 5, 2024 at 8:30 AM
To: Samara Timms <stimms@pointloma.edu>

Hello Samara,

I hope you are well. I recently found PLNU papers mentioning life insurance that my late husband, Andrew Cramer, would have had as a benefit. He was not able to teach from September 2022 due to his health, however I would like to look into this.

Would you please send me the group life insurance policy from when he was a 2022 employee, including the contact information of the life insurance administrator?

Thank you,
Janice

---

**Samara Timms** <stimms@pointloma.edu>  Tue, Nov 5, 2024 at 10:33 AM
To: Janice Cramer <textura@gmail.com>

Hi Janice,

The policy was only in place for while Andy was working at PLNU. Our records show he passed after his employment ended.

**Samara Timms, SPHR**
*Associate Vice President and Chief Human Resources Officer*

my.pointloma.edu
3900 Lomaland Drive, San Diego, CA 92106
stimms@pointloma.edu | pointloma.edu



[Quoted text hidden]

---

**Janice Cramer** <textura@gmail.com>  Tue, Nov 5, 2024 at 10:57 AM
To: Samara Timms <stimms@pointloma.edu>

Hi Samara, I understand but would like to read the policy and contact the administrator.
[Quoted text hidden]

---

**Janice Cramer** <textura@gmail.com>  Tue, Nov 5, 2024 at 12:30 PM
To: Samara Timms <stimms@pointloma.edu>

Hi Samara, in the past it has been hard to communicate with you. If you do not provide the information, I will seek out an attorney to help me.

Janice

[Quoted text hidden]

---

**Samara Timms** <stimms@pointloma.edu>  
To: Janice Cramer <textura@gmail.com>

Wed, Nov 6, 2024 at 6:40 PM

Please see the attached.

**Samara Timms, SPHR**  
*Associate Vice President and Chief Human Resources Officer*

my.pointloma.edu  
3900 Lomaland Drive, San Diego, CA 92106  
stimms@pointloma.edu | pointloma.edu



[Quoted text hidden]

---

📄 **Certificate - Group Life Insurance.pdf**  
503K

---

**Janice Cramer** <textura@gmail.com>  
To: Samara Timms <stimms@pointloma.edu>

Thu, Nov 7, 2024 at 3:50 PM

Hello Samara, when did PLNU inform Andy of his FMLA and other rights as options to resigning due to his disability? What were those other options?

Janice

[Quoted text hidden]

---

**Samara Timms** <stimms@pointloma.edu>  
To: Janice Cramer <textura@gmail.com>

Wed, Nov 13, 2024 at 2:30 PM

Hi Janice,

Thanks for your email.

PLNU provides new faculty with notice of their FMLA rights in the faculty handbook and via posters that are displayed in the workplace where all employees can readily see them. This is consistent with employers' obligations under the FMLA (29 CFR § 825.300(a)).

Andy requested medical leave on August 25, 2022. At that time, he was not eligible for FMLA leave because he had not completed one year of employment. He was advised of his ineligibility the following day (August 26), consistent with PLNU's obligations under 29 CFR § 825.300(b). Andy did not report to work on August 22, 2022, or thereafter, but no

action was taken by PLNU.  On September 11, 2022, he voluntarily resigned, stating that he was doing so because of his continued decline in health, personal challenges within his family, and his intention to move out of California.

I hope this helps answer your questions.

We are sorry for your loss and wish you the best.

**Samara Timms, SPHR**
*Associate Vice President and Chief Human Resources Officer*

my.pointloma.edu
3900 Lomaland Drive, San Diego, CA 92106
stimms@pointloma.edu | pointloma.edu



[Quoted text hidden]

---

**Janice Cramer** <textura@gmail.com>  Fri, Nov 22, 2024 at 9:17 AM
To: Samara Timms <stimms@pointloma.edu>

Hello Samara,

I am about to engage an attorney to pursue my legal claim against PLNU. The attorney will lay out all the details in due time but you can be assured that I have a strong claim that I intend to pursue through the end. I want to give you a brief opportunity to rectify this wrong—and pay out Andy's full life insurance policy benefit—before attorneys and the courts get involved. You wrongfully denied him leave and you wrongfully withheld conversion of his plan.

Andy went to PLNU with a long-time dream of teaching at a small Christian university. I never imagined that such an organization would treat him, and our family, so inhumanely.

Janice
[Quoted text hidden]