Glenn R. Kantor – SBN 122643
 Email: gkantor@kantorlaw.net
Peter S. Sessions – SBN 193301
 Email: psessions@kantorlaw.net
KANTOR & KANTOR, LLP
9301 Corbin Ave, Suite 1400
Northridge, CA 91324
Telephone: (818) 886-2525
Facsimile:  (818) 350-6272

Attorneys for Plaintiff,
JANICE CRAMER

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANICE CRAMER,<br><br>       Plaintiff,<br><br>vs.<br><br>STANDARD LIFE INSURANCE COMPANY OF AMERICA; POINT LOMA NAZARENE UNIVERSITY,<br><br>       Defendants. | CASE NO:  3:25-cv-00384-GPC-DEB<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE ACTION**<br><br>Judge:   Hon. Gonzalo P. Curiel |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure ("Fed. R. Civ. P."), Plaintiff Janice Cramer and Defendants Standard Life Insurance Company of America and Point Loma Nazarene University, by and through their undersigned counsel, hereby stipulate to the dismissal of the above-captioned civil action in its entirety.  This dismissal is with prejudice and with each party bearing her or its own attorneys' fees and costs.

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) this stipulation of dismissal is signed on behalf of all parties who have appeared in this action.

**IT IS SO STIPULATED.**

Dated: August 14, 2025                KANTOR & KANTOR, LLP

                                      By:   */s/ Glenn R. Kantor*
                                            Glenn R. Kantor
                                            Attorneys for Plaintiff,
                                            JANICE CRAMER

Dated: August 14, 2025                GORDON REES SCULLY MANSUKHANI, LLP

                                      By:   */s/ Rebecca A. Hull*
                                            Rebecca A. Hull
                                            Attorneys for Defendant,
                                            STANDARD LIFE INSURANCE COMPANY OF AMERICA

Dated: August 14, 2025                QUARLES & BRADY LLP

                                      By:   */s/ Christina Rea Snider*
                                            Christina Rea Snider
                                            Attorneys for Defendant,
                                            POINT LOMA NAZARENE UNIVERSITY

## Signature Attestation

Pursuant to Local Rules, I hereby certify that the content of this document is acceptable to counsel for Defendants, and that I have obtained their authorization to affix their electronic signatures to this document.

                                      */s/ Glenn R. Kantor*