UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANICE CRAMER,<br><br>Plaintiff,<br><br>vs.<br><br>STANDARD LIFE INSURANCE COMPANY OF AMERICA; POINT LOMA NAZARENE UNIVERSITY,<br><br>Defendants. | CASE NO: 3:25-cv-00384-GPC-DEB<br><br>**[proposed] ORDER ON STIPULATION FOR DISMISSAL OF ENTIRE ACTION**<br><br>Judge:   Hon. Gonzalo P. Curiel |

Pursuant to the Stipulation for Dismissal with Prejudice submitted by the parties to this action, and after consideration, and finding good cause therefor,

IT IS HEREBY ORDERED that this matter is dismissed with prejudice in its entirety and each party is to bear her or its own fees and costs.

**IT IS SO ORDERED.**

Dated: _____

                                                Honorable Gonzalo P. Curiel
                                                JUDGE OF THE U.S. DISTRICT COURT